[No. 51017-7-I.   Division One.   December 22, 2003.]

JOHN F. DENNISON, ET AL., *Appellants*, v. ROCHELLE M. RUBATINO, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-05746-2, Ellen J. Fair, J., entered August 20, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker, C.J., and Kennedy, J.

[No. 51265-0-I.   Division One.   December 22, 2003.]

MARGO E. MACINTOSH, *Respondent*, v. GEORGE LUPASTEAN, ET AL., *Appellants*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated March 1, 2004. See 122 Wn. App. 1045.

[No. 51342-7-I.   Division One.   December 22, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. OSCAR ORLAND QUEZADA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-04873-7, Robert H. Alsdorf, J., entered November 1, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51345-1-I.   Division One.   December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GUY HUGH CHICKERING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02183-9, Michael Hayden, J., entered November 14, 2002. *Affirmed* by unpublished per curiam opinion.